# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1924
Lower Tribunal No. 22-CA-002396

_____

CATHERINE ELIZABETH CZYZ, THE CZYZ LAW FIRM, P.A., and THE CZYZ LAW
FIRM, PLLC,

Appellants,

v.

SCOTT ATWOOD, ESQ., THE ATWOOD LAW FIRM, P.A., JASON L. GUNTER, ESQ.,
JASON GUNTER, P.A. d/b/a GUNTERLAW, RICHARD AKIN, ESQ., HENDERSON,
FRANKLIN, STARNES & HOLT, P.A., ERIN BETH NEITZELT, SHANEE L. HINSON, ESQ.,
PATRICIA ANN TORO SAVITZ, ESQ., PNC FINANCIAL SERVICES GROUP, INC., and
JPMORGAN CHASE BANK, N.A.,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

July 1, 2025

PER CURIAM.

    AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Catherine Elizabeth Czyz, Frankenmuth, Michigan, pro se.

Wienna Jane Ingraham, Orlando, for Appellants, The Czyz Law Firm, P.A. and The
Czyz Law Firm, PLLC.

Robert M. Klein, Andrew M. Feldman, and Christopher J. Fraga, of Freeman Mathis & Gary, LLP, Miami, for Appellees, Scott Atwood, Esq., The Atwood Law Firm, P.A., Richard Akin, Esq., and Henderson, Franklin, Starnes & Holt, P.A.

Scott E. Atwood, of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellee, Erin Beth Neitzelt.

M. Hope Keating and John K. Londot, of Greenberg Traurig, P.A., Tallahassee, for Appellees, Shanee L. Hinson, Esq. and Patricia Ann Toro Savitz, Esq.

José A. Ortiz, Antonio M. Hernandez, Jr., and Brian Lechich, of Homer Bonner Jacobs Ortiz, P.A., Miami, for Appellee, JPMorgan Chase Bank, N.A.

No Appearance for Appellees, Jason L. Gunter, P.A. d/b/a Gunterlaw and PNC Financial Services Group, Inc.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED